JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| KRISTIN BENJAMIN, | ) | Case No. CV 08-7718-MLG |
|           Plaintiff, | ) | JUDGMENT |
|     v. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
|           Defendant. | ) | |

    IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED:  July 7, 2009

_____
MARC L. GOLDMAN
United States Magistrate Judge